No. 950. MCARTHUR ET AL., A COPARTNERSHIP, DOING BUSINESS AS ANACONDA VAN LINES, *v.* UNITED STATES ET AL. March 30, 1942. *Per Curiam:* It does not appear that the questions involved in this appeal are substantial. The motion to affirm is therefore granted and the judgment is affirmed. *United States* v. *N. E. Rosenblum Truck Lines, Inc., ante,* p. 50; *Lubetich* v. *United States, ante,* p. 57. *Mr. L. Q. C. Lamar* for appellants. *Solicitor General Fahy* and *Mr.*

788

*Daniel W. Knowlton* for appellees.